UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE CONSOLIDATION ORDER

Pursuant to the Order dated October 1, 2022, the cases below have been related to lead case 22-cv-03580-WHO Doe v. Meta Platforms, Inc., and are hereby consolidated as member cases of the lead case above.

| Case | Title |
| --- | --- |
| 23-cv-00899-WHO | Murphy v. Meta Platforms Inc. |
| 23-cv-00900-WHO | Stewart v. Advocate Aurora Health, Inc. |
| 23-cv-03483-WHO | Santoro v. Meta Platforms |

**The Clerk's Office shall CLOSE each of the cases listed above**.

Dated: August 23, 2023

By: _____
William H. Orrick
United States District Judge